# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2291
_____

IAN NEIL ROOF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

July 24, 2026


PER CURIAM.

AFFIRMED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel D. Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Adam B. Wilson, Assistant Attorney General, and Brian A. Hofer, Assistant Attorney General, Tallahassee, for Appellee.